# United States District Court
## WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.

MATTHEW E. MADDEN
[DOB: 09/05/1997],

**COUNT ONE**: Drug User in Possession of a Firearm
18 U.S.C. §§ 922(g)(3) and 924(a)(2)
NMT 10 years' imprisonment
NMT $250,000 fine
NMT 3 years' supervised release
Class C felony

$100 Mandatory Special Assessment Each Count

### CRIMINAL COMPLAINT

Case Number: 20-MJ-00047-SWH

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT ONE

On or about June 02, 2020, in the Western District of Missouri, the defendant, MATTHEW E. MADDEN, defendant herein, being an unlawful user of, or addicted to a controlled substance, i.e. marijuana, as defined in Title 21 United States Code, Section 802, did knowingly possess a firearm, to wit: a Glock 22, .40 caliber semi-automatic handgun, bearing serial number LPB941, and the firearm was in and affecting interstate commerce. All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2)

I further state that I am Detective Daniel Frazier of the Kansas City Police Department and complaint is based on the following facts:

(See attached Affidavit)

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Daniel Frazier, Detective
Kansas City Police Department

Sworn to before me and subscribed in my presence,
By telephone.
June 4, 2020 at Kansas City, Missouri
Date  City and State

Honorable Sarah W. Hays, U.S. Magistrate Judge
Name and Title of Judicial Officer  Signature of Judicial Officer