IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>v.<br><br>MATTHEW E. MADDEN<br>[DOB: 09/05/1997]<br><br>                       Defendant. | Case No._____<br><br>**COUNT ONE**: *Drug User in Possession of a Firearm*<br>18 U.S.C. §§ 922(g)(3) and 924(a)(2)<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br><br>$100 Special Assessment Per Count of Conviction |

# **I N D I C T M E N T**

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about June 2, 2020, in the Western District of Missouri, the defendant, **MATTHEW E. MADDEN**, defendant herein, being an unlawful user of, or addicted to a controlled substance, i.e. marijuana, as defined in Title 21 United States Code, Section 802, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: a Glock 22, .40 caliber semi-automatic handgun, bearing Serial Number LPB941. All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

                                                               A TRUE BILL.

| | |
|---|---|
| 6/9/2020 | */s/ Pamela Carter-Smith* |
| DATE | FOREPERSON OF THE GRAND JURY |

*/s/ Stefan C. Hughes*
Stefan C. Hughes
Assistant United States Attorney
Western District of Missouri