IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>MATTHW E. MADDEN,<br><br>                      Defendant. | Case No. 20-00121-01-CR-W-BCW |

## GOVERNMENT'S WITNESS LIST

The United States of America may call the following witnesses at the trial in the above-captioned case:

1. Tara Barber, FBI

2. David Bodenhammer, KCPD

3. Joseph Daneff, FBI TFO

4. Tim Florschutz, FBI SSA

5. Daniel Frazier, FBI TFO

6. Patrick Gillespie, KCPD Lab

7. Eric Greenwell, FBI TFO

8. Craig Horalek, KCPD

9. Andy Keil, FBI TFO

10. Steve Lester, ATF SA

11. Jim Manley, ATF TFO

12. Michael Miller, ATF TFO

13. Julie Newman, FBI

14. Sgt. Vanessa Ray, KCPD

15. Justin Reeder, KCPD

16. Frank Rorabaugh, KCPD

17. Sgt. Scott Selock, KCPD

18. Robert Smith, KCPD Labs

19. Robin Wright, KCPD

Respectfully submitted,

Timothy A. Garrison
United States Attorney

By    */s/ Stefan C. Hughes*
Stefan C. Hughes
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered on November 6, 2020, to the Electronic Filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

      Leslie D. Smith
Assistant Federal Public Defender
Attorney for Defendant

*/s/ Stefan C. Hughes*

Stefan C. Hughes
Assistant United States Attorney