IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

      Plaintiff,

-vs-                  Criminal Action No.
                    20-00121-01-CR-W-BCW

MATTHEW E MADDEN,

      Defendant.

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: Drug User in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2)

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
  Government: Stefan Hughes
  Defense:  Lesley Smith

**OUTSTANDING MOTIONS**:  Defendant's motion to dismiss (Doc. No. 30) remains pending; objections to the R&R are due 11/10/20.

**TRIAL WITNESSES**:
  Government:  17 with stipulations; 19 without stipulations
  Defendants:  1 additional witness

**TRIAL EXHIBITS**
  Government:  17 exhibits
  Defendant:  No additional exhibits for defendant

**DEFENSES**: general denial

**POSSIBLE DISPOSITION**:
( ) Definitely for trial; (X) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME:** **2 ½ days**
Government's case including jury selection: 2 days
Defense case: ½ day

**STIPULATIONS**: There are no stipulations at this time.

**UNUSUAL QUESTIONS OF LAW:** None other than the vagueness challenge that is the subject of Defendant's motion to dismiss.

**FILING DEADLINES:**

**Witness and Exhibit List**
Government: 11/10/20
Defense: 11/10/20
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions:  Noon, Tuesday,** 11/24/2020
**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine:** Defendant anticipates motions in limine may be filed.

**TRIAL SETTING**: Criminal jury trial docket commencing 11/30/2020
**Please note:**. Defense counsel will be filing a motion to continue; neither the Government nor Defendant object.

**IT IS SO ORDERED.**

    /s/ Jill A. Morris
JILL A. MORRIS
United States Magistrate Judge

Kansas City, Missouri
11/9/2020