IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:20-CR-00121-1-BCW |
| ) | |
| MATTHEW E. MADDEN, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is Magistrate Judge Jill A. Morris' Report and Recommendation (Doc. #34) denying Defendant Matthew E. Madden's Motion to Dismiss Indictment (Doc. #30). Defendant filed objections (Doc. #42) to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Jill A. Morris' findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #34), Defendant's Motion to Dismiss Indictment (Doc. #30) is DENIED. It is further

ORDERED that Magistrate Judge Jill A. Morris' Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: January 25, 2021                     /s/ Brian C. Wimes
                                            JUDGE BRIAN C. WIMES
                                            UNITED STATES DISTRICT COURT

1