IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>v.<br><br>MATTHEW E. MADDEN,<br><br>                   Defendant. | No.   20-00121-01-CR-W-BCW |

## MOTION TO DISMISS WITHOUT PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of court endorsed herein, and in exchange for the defendant's agreement to enter into a pretrial diverson agreement, the United States Attorney for the Western District of Missouri hereby dismisses without prejudice the charge filed against the above-named defendant as contained in the Indictment (Doc. No. 8), subject to said charge being refiled if, in the sole determination of the United States, the defendant violates the terms of said pretrial diversion agreement.

                                                    */s/ Stefan C. Hughes*

                                                    Stefan C. Hughes
                                                    Assistant United States Attorney